| | |
|---|---|
| DAN SIEGEL, SBN 56400<br>SONYA MEHTA, SBN 294411<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br>danmsiegel@gmail.com<br>sonyamehta@siegelyee.com<br><br>Attorneys for Plaintiff<br>CLEVELAND McKINNEY | Eugene B. Elliot, State Bar No. 111475<br>Ethan M. Lowry, State Bar No. 278831<br>Benjamin I. Oreper, State Bar No. 329480<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email:  eelliot@bfesf.com<br>        elowry@bfesf.com<br>        boreper@bfesf.com<br>Attorneys for Defendants<br>OAKLAND UNIFIED SCHOOL DISTRICT, VANESSA SIFUENTES, and JAROD SCOTT |

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND McKINNEY,<br><br>             Plaintiff,<br><br>      vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, VANESSA SIFUENTES, and JAROD SCOTT, and DOES 1-10 inclusive,<br><br>             Defendants. | Case No.: 3:20-cv-06792-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW EXPERT DEPOSITION ONE DAY PAST CUTOFF**<br><br>LR 6.2<br><br>**Hon. Jacqueline Scott Corley** |

Plaintiff CLEVELAND MCKINNEY and defendants OAKLAND UNIFIED SCHOOL DISTRICT, VANESSA SIFUENTES, and JAROD SCOTT, jointly file this stipulation to request that Defendants take Plaintiff's expert witness' deposition one day past the expert discovery cutoff.

The trial and all other dates will not be disturbed.

The expert discovery deadline in this case is April 28, 2022. The parties seek to conduct Defendants' deposition of Plaintiff's economic damages expert on April 29,

---

2022, one day past the cutoff. There is good cause for this request because Plaintiff's counsel and expert were not available on the dates noticed for deposition. The soonest they were available is April 29, 2022.

There has been one previous request, which was granted, to extend discovery, with no change to the trial date.

Dated: April 25, 2022        SIEGEL, YEE, BRUNNER & MEHTA

By: /s/ *Sonya Z. Mehta*
Sonya Z. Mehta
Attorneys for Plaintiff
CLEVELAND McKINNEY

Dated: April 25, 2022        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/ *Ethan Lowry*
Eugene B. Elliot
Ethan M. Lowry
Benjamin I. Oreper
Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
VANESSA SIFUENTES, and JAROD SCOTT

### ATTORNEY ATTESTATION

I hereby attest that I have been authorized by counsel to show their signature on this Stipulation as /s/.

Dated: April 25, 2022

By:      /s/ *Ethan Lowry*
Ethan M. Lowry

# [PROPOSED] ORDER

The Court, having considered the papers on file herein, and good cause appearing therefore, HEREBY ORDERS as follows:

Defendant may depose Plaintiff's economic damages expert on April 29, 2022, one day past the expert discovery cutoff.

The trial date will remain the same.

**IT IS SO ORDERED.**

DATED: _____

Jacqueline Scott Corley
UNITED STATES DISTRICT JUDGE