Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Benjamin I. Oreper, State Bar No. 329480
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email:    eelliot@bfesf.com
          elowry@bfesf.com
          boreper@bfesf.com

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
VANESSA SIFUENTES, and JAROD SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND MCKINNEY<br><br>      Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, VANESSA SIFUENTES, JAROD SCOTT, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 3:20-cv-06792-JSC<br><br>**DECLARATION OF JAROD SCOTT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br>**[FRCP RULE 56]**<br><br>Date:   June 9, 2022<br>Time:  9:00 am<br>Dept:  Courtroom 8—19th Floor<br><br>**Hon. Jacqueline Scott Corley** |

I, Jarod Scott, declare:

The matters stated in this declaration are true and correct based on my own personal knowledge. If called as a witness I could and would testify competently to the matters stated herein.

1.    I was employed by defendant OAKLAND UNIFIED SCHOOL DISTRICT ("DISTRICT") as Principal of McClymonds High School from the 2016-17 school year until the conclusion of the 2018-19 school year and am a Defendant in this matter.

2.    Before the start of the 2018-19 school year, McClymonds had lost one assistant principal

due to budget cuts. With the departure of the previous assistant principal, there was reduced administrative coverage on the first floor of the building. Cleveland McKinney's office was on the second floor of the building. In order to ensure proper administrative coverage throughout the building to support students, I instructed Mr. McKinney to relocate to the former assistant principal's office suite, room 108 on the first floor. Mr. McKinney refused, contending that the carpet in the room was dirty and possibly contaminated with mold. The room was tested for mold, and the results came back negative. Subsequently, the carpets were deep cleaned. McKinney never relocated to room 108.

3.      Attached hereto as **Exhibit D** is a true and correct copy of a letter of reprimand I prepared for Cleveland McKinney dated September 5, 2018.

4.      Attached hereto as **Exhibit E** is a true and correct copy of a letter of reprimand I prepared for Cleveland McKinney dated January 21, 2019.

5.      Attached hereto as **Exhibit F** is a true and correct copy of a letter of reprimand I prepared for Cleveland McKinney dated February 4, 2019.

6.      Attached hereto as **Exhibit G** is a true and correct copy of a memorandum of concern I prepared for Cleveland McKinney dated June 5, 2018.

7.      Attached hereto as **Exhibit J** is a true and correct copy of the mold spore sample analysis results for room 108, dated September 4, 2018.

8.      Attached hereto as **Exhibit K** are true and correct copies of emails between myself, McKinney, and other DISTRICT personnel concerning the mold spore test results and deep cleaning of room 108, and my requests that McKinney relocate, dating from September 5, 2018, to October 8, 2018.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the 28th day of April, 2022 at Oakland, California.

                              _____*/s/ Jarod Scott*_____
                              Jarod Scott

DECLARATION OF JAROD SCOTT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
*McKinney v. Oakland Unified School District, et al., U.S.D.C. Northern District of California Case No. 3:20-cv-06792-JSC*

# EXHIBIT D


**OAKLAND UNIFIED
SCHOOL DISTRICT**
Community Schools, Thriving Students

**McClymonds High School**
2607 Myrtle Street
Oakland, California 94607
Tel: (510) 238-8607 Fax: (510) 874-3796

*Mr. Jarod M. Scott, Principal*

---

**LETTER OF REPRIMAND**

To: Cleveland McKinney
From: Jarod Scott, Principal, McClymonds High School
Re: Unprofessional Behavior
Date: 9/5/18

This letter constitutes an official reprimand with respect to your performance as Assistant Principal. This letter is intended to put you on notice of misconduct and to afford you an opportunity to remediate pursuant to Education Code section 45113. This is not a dismissal notice. Rather, this document constitutes notice to you that if the behavior described herein does not cease, the District may impose further discipline, up to and including dismissal.

You engaged in the following unprofessional conduct: On August 31, 2018, following the football game, the Lead Police Sergeant on duty conferred with the Lead SSO and Athletic Director, and made a decision to dismiss the visitors and the home team from separate gates due to safety concerns. You were frustrated behind the decision that they made without notifying you. You proceeded to yell at me, then yell at the Sergent, and finally at the Athletic Director. This behavior was both unprofessional and embarrassing as does not live up to the high standards that we hold for our students or the behaviors we model for our staff.

Additionally, on 9/4/18, I sent an email to you, the Athletic Director and Bookkeeper seeking clarity on the parking fees for the football games and asked *"How are parking fees from football games monitored? I need to report this information."* You never provided a response, however, you wrote in back-to-back emails

*"Can you provide more clarity don't understand the question fully."*

*"Additionally, after providing clarity to my previous question...how are funds from McClymonds paraphernalia being monitored?*

This type of behavior is unacceptable and is expected to cease immediately. As principal, I am tasked with running the school and monitoring all employees on campus, including the Assistant Principal. It is expected, as one of the school leaders, that you behave in an appropriate manner and hold students and staff to the same level of accountability. Failure to appropriately conduct yourself in a professional manner erodes the high



**OAKLAND UNIFIED
SCHOOL DISTRICT**
Community Schools, Thriving Students

**McClymonds High School**
2607 Myrtle Street
Oakland, California 94607
Tel: (510) 238-8607 Fax: (510) 874-3796

Mr. Jarod M. Scott, Principal

standards we are setting for students and impacts the academics, morale and the culture of our school.

In the future, you must maintain the highest ethical standards, exhibit professional behavior, follow and exercise good judgment when interacting with students and other members of the school community. Specifically, you must:

1. Conduct yourself professionally at all times;
2. Present yourself in a professional and respectful manner at the school, when representing the school and when attending school related functions;
3. Respond to my written requests for information within 24 hours and with the information I've asked for;
4. Adhere to the site's written policies;
5. Adhere to the District's policy regarding professionalism; and
6. Refrain from yelling, in an unprofessional manner, at all colleagues.

I will be monitoring your performance to determine whether or not you have improved with respect to the problems outlined in this notice. Please note that I am always available to assist you in ways to improve.

A copy of this notice will be placed in your personnel file 15 days after your receipt of this notice. You are entitled to have your own comments attached to this notice and entered into your personnel file.

By affixing your signature to the letter you are signifying that the material has been read, and not necessarily indicating agreement with its contents.

Sincerely,

Jarod Scott

Enclosure: BP 4119.21 Professionalism,

Enclosure(s):

cc: JoAnna Lougin, UAOS President
Kameelah Roland, HR Staffing Analyst
Cenne Carroll, Talent Partner

# EXHIBIT E



**OAKLAND UNIFIED
SCHOOL DISTRICT**
Community Schools, Thriving Students

**McClymonds High School**
2607 Myrtle Street
Oakland, CA 94607
Phone: 510-238-8607
Fax: 510-874-3796

*Via electronic delivery to cleveland.mckinney@ousd.org*

January 21, 2019

Cleveland McKinney
Oakland, CA

Re: Letter of Reprimand

Dear Mr. McKinney:

This letter constitutes an official reprimand with respect to your performance as an Assistant Principal at McClymonds High School. This letter is intended to put you on notice of misconduct and to afford you an opportunity to remediate pursuant to Education Code section 44932 (Attachment A). This is not a dismissal notice. Rather, this document constitutes notice to you that if the behavior described herein does not cease, the District may impose further discipline, up to and including dismissal.

You have engaged in the following acts of misconduct:
- Failure to Complete Teacher Evaluations-

As a member of the McClymonds High School Administrative team and OUSD Administrator, it is your contractual duty and professional responsibility to evaluate the teachers on your caseload. At the date of this letter, you have failed to complete any formal evaluations. This lack of professional responsibility is unacceptable. I discussed with you back in August that your 17-18 observations were never submitted and that it was imperative that you complete all staff evaluations this year. Specifically, you were notified of the evaluation timeline regarding goals conferences, teacher goal approvals, and formal and informal observations due dates and provided the observation and feedback tracker created Cenne Carroll, High School Talent Partner. Additionally, multiple reminders were provided including on 11/27/18, 12/4/18, 12/18/18 and 1/8/19.

Your failure to properly follow through with completing the observations, has hindered the McClymonds teachers on your caseload from receiving authentic feedback regarding their



continued growth as teaching professionals. Feedback in which they are entitled to and grossly needed to support the growing needs of our student body.

In the future, you must behave in a professional manner. Specifically, you must:

1. Conduct informal classroom observations of the teachers on your caseload and document those observations in Teachboost by February 15, 2019;

2. Provide evaluation feedback to each of the teachers on your caseload within 5 days of the observation;

3. Follow all timelines and deadlines regarding teacher evaluations moving forward; and

4. Adhere to the school and district established procedures.

I will be monitoring your performance to determine whether or not you have improved with respect to the problems outlined in this notice. Please note that I am always available to assist you in ways to improve. A copy of this notice will be placed in your personnel file 15 days after your receipt of this notice. You are entitled to have your own comments attached to this notice and entered into your personnel file.

Sincerely,

Jarod Scott
Principal, McClymonds High School

Enclosure(s):

cc:     JoAnna Lougin, UAOS President
        Kameelah Roland, HR Staffing Analyst
        Cenne Carroll, Talent Partner
        Vanessa Sifuentes, Executive Director
        Personnel File

CM 288

EXHIBIT F



February 4, 2019

Cleveland McKinney
Oakland, CA

Re: Letter of Reprimand

Dear Mr. McKinney:

This letter constitutes an official reprimand with respect to your performance as an Assistant Principal at McClymonds High School. This letter is intended to put you on notice of misconduct and to afford you an opportunity to remediate pursuant to Education Code section 44932 (Attachment A). This is not a dismissal notice. Rather, this document constitutes notice to you that if the behavior described herein does not cease, the District may impose further discipline, up to and including dismissal.

You have engaged in the following acts of misconduct:

- **Failure to meet professional expectations as it relates to attending professional meetings and supervising school events and activities during the school day.**
- **Excessive absences**

The above-referenced conduct violates 4119.21.

As a member of the McClymonds High School Administrative team and as an OUSD Administrator, it is your contractual duty and professional responsibility to attend all professional meetings and school related functions. Since January 07, 2019, you have failed to attend professional meetings and school related functions on the following dates:

- February 1, 2019 (missed schoolwide evacuation for suspected gas leak)
- January 28, 2019 (missed school Leadership Team Meeting)
- January 25, 2019 (missed Buy Back Day Meetings)
- January 24, 2019 (missed Honor Roll Assembly)
- January 23, 2019 (missed Culture and Climate Meeting)
- January 14, 2019 (missed Leadership Team Meeting)
- January 07, 2019 (missed Leadership Team Meeting)



**McClymonds High School**
2607 Myrtle Street
Oakland, CA 94607
Phone: 510-238-8607
Fax: 510-874-3796

Excessive Absences
- January 16, 2019 (called out- Culture and Climate Meeting scheduled)
- January 17, 2019 (called out)
- January 18, 2019 (called out - third consecutive day, these 3 days preceded the King Holiday)
- January 29, 2019 (called out - weekly check-in scheduled)

These days support a pattern of calling out multiple days in a row preceding and/or following a weekend or extending a holiday. You called out December 7, 10, 11, Friday, Monday and Tuesday. You called out November 28 and 29. You called out October 4th and 5th, a Thursday and a Friday. You called out October 26 and 29, a Friday and a Monday.

The inconsistent attendance and lack of professional responsibility is unacceptable. Your failure to appropriately attend school related functions during the school day and provide leadership for the Culture and Climate Team, has hindered the consistent implementation of schoolwide systems and structures around student discipline. Not only has your conduct negatively impacted school culture, it has also had a negative impact on student learning.

In the future, you must behave in a professional manner. Specifically, you must:
1. Attend work on a consistent basis. Submit doctor's note when you will be ill for 3 consecutive days or for absences that extend weekends or holidays.
2. Lead all Culture and Climate meetings
3. Be present and provide leadership at school related functions, fire drills and emergencies
4. Adhere to the school and district established procedures.

I will be monitoring your performance to determine whether or not you have improved with respect to the problems outlined in this notice. Please note that I am always available to assist you in ways to improve. A copy of this notice will be placed in your personnel file 15 days after your receipt of this notice. You are entitled to have your own comments attached to this notice and entered into your personnel file.

Sincerely,

Jarod Scott

CM 290

# EXHIBIT G

 **OAKLAND UNIFIED SCHOOL DISTRICT**
Community Schools, Thriving Students

**McClymonds High School**
2607 MYRTLE STREET
Oakland, California 94607
TEL: (510) 238-8607 ◆ FAX: (510) 874-3796

*MR. JAROD M. SCOTT, PRINCIPAL*

---

## MEMO OF CONCERN

To: Cleveland McKinney
From: Jarod Scott, Principal, McClymonds High School
Re: Failure to maintain confidentiality
Date: 6/5/18

This memo of concern is in regards to failure to appropriately maintain privileged and confidential information. On 5/21/18, during a private and sensitive meeting with me, the Network Executive Director and the UAOS Union Representative, we discussed issuing a Stay Away notice to Sam, a friend of a current staff member. Within 30 minutes of ending the meeting, you failed to protect and/or shared that confidential information with another staff member who in turn called and notified Sam that he would receive a Stay Away notice. As a result, Sam contacted his friend at the school to inquire about the stay away notice.

Failure to appropriately maintain privileged and confidential information when meeting with the principal and the Executive Director erodes trust and compromises professionalism and the integrity of our administrative operations.

In the future, you must comply with all protocols around confidentiality. Specifically, you must:

1. Maintain confidentiality of information that is discussed with the Principal, the Principal and the Executive Director and the Principal, Executive Director and the Union Representative or any combination thereof.
2. Maintain confidentiality of privileged and confidential information and specifically, not share that information with other staff members or other parties.
3. Maintain confidentiality of topics discussed and decisions made at administrative meetings.

I will be monitoring your performance to determine whether or not you have improved with respect to the problems outlined in this notice. Please note that I am always available to assist you in ways to improve.

Sincerely,

Jarod Scott

Enclosure:

EXHIBIT J

# MICRO ANALYTICAL LABORATORIES, INC.

## Air Sample Analysis - Non-Viable Spore Trap Report

1062

Sorbor Twegbe
Oakland Unified School District
955 High Street
Oakland, CA  94601

**PROJECT:**
**MCCLYMONDS HIGH**
**OUSD - MOLD SPORES**
**AIR TESTING - ROOM 108**

Micro Log In
Total Samples 2
Date Sampled  9/3/2018
Date Received  9/4/2018
Date Analyzed  9/4/2018

**248597**

| Sample ID Number | 248597-01 | | 248597-02 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 090318-M1 | | 090318-M2 | | | | | |
| Sample Description | MOLD SPORE AIR TEST ROOM 108 - INSIDE | | MOLD SPORE AIR TEST ROOM 108 - EXTERIOR | | | | | |
| Volume (Liters) | 75.0 | | 75.0 | | | | | |
| **Spore Type** | Count | Spores / m³ | Count | Spores / m³ | Count | Spores / m³ | Count | Spores / m³ |
| *Alternaria* | | | | | | | | |
| *Arthrinium* | | | | | | | | |
| *Ascospores* | | | | | | | | |
| *Basidiospores* | 2 | 27 | 18 | 240 | | | | |
| *Botrytis* | | | | | | | | |
| *Chaetomium* | | | 1 | 13 | | | | |
| *Cladosporium* | 1 | 13 | 90 | 1,200 | | | | |
| *Curvularia* | | | | | | | | |
| *Drechslera / Bipolaris* | | | | | | | | |
| *Epicoccum* | | | 2 | 27 | | | | |
| *Fusarium* | | | | | | | | |
| *Nigrospora* | | | | | | | | |
| *Oidium* | | | | | | | | |
| *Penicillium / Aspergillus* | | | | | | | | |
| *Pithomyces* | | | | | | | | |
| *Rusts* | | | | | | | | |
| *Smuts, Periconia, Myxo.* | 3 | 40 | 2 | 27 | | | | |
| *Stachybotrys* | | | | | | | | |
| *Stemphylium* | | | | | | | | |
| *Torula* | | | | | | | | |
| *Ulocladium* | | | | | | | | |
| *Unidentifiable* | | | | | | | | |
| *Hyphae Fragments* | 1 | 13 | | | | | | |
| *Polythrincium* | | | 35 | 467 | | | | |
| **Total Spores / m³** | | 93 | | 1973 | | | | |
| Comments: | AS = 13.3 spores/m3. | | AS = 13.3 spores/m3. | | | | | |

Microbiology Manager:                    Nasser Kashani, Ph.D.          Date Reported          9/4/2018          Analysts:          BK    BK

AIHA-LAP, LLC EMLAP ACCREDITATION ID # 101768. Samples are analyzed by light microscopy, using Micro Analytical Laboratories SOP F19-7 (equivalent to ASTM D7391-17). Explanations: 1) Spore count is calculated using fraction of the sample trace analyzed. The actual number of spores on the sample trace may vary.  2) Spores per m3 are extrapolated based on spore counts. The actual number may vary depending on chosen travere and the fraction of sample analyzed. 3) The genera Aspergillus and Penicillium are placed in the same category. Spores of these fungi and others such as Glioclidium have little size variability and few distinguishing features. 4) A spore is unidentifiable when its morphological features are insufficient for conclusive identification.  5) Although spores are assumed to be randomly distributed on the sample trace, scarce spores may be present but not countable if not within the chosen traverse.  6) This analysis does not evaluate background debris; however, high levels of background particulates can obscure small spores (e.g., Penicillium / Aspergillus) and bias counts. Unless otherwise indicated on this report, all required Quality Control samples have been determined to be in control prior to releasing these results. Unless otherwise stated in this report, all samples were received in acceptable condition for analysis. This report must not be reproduced except in full, without the approval of Micro Analytical Laboratories, Inc., and pertains only to the samples analyzed.  Micro Analytical Laboratories, Inc. shall not be responsible for clients' deviations from any prescribed sampling parameters. Air volumes are based on client data.  The lab's verifiability of results is limited to spore counts. N/A = not applicable. Myxo = Myxomycetes. Results of ND (No Spores Detected) are reported as less than (<) the Analytical Sensitivity (AS), which is the concentration calculated from the lowest possible raw count, i.e. 1 spore. The Practical Quantitation Limit (PQL) is approximately four times the analytical sensitivity. Results are field-blank corrected where applicable.

OUSD000324

# MICRO ANALYTICAL LABORATORIES, INC.

5900 Hollis St., Suite M, Emeryville, CA 94608
Tel. : (510) 653-0824 FAX (510)653-1361 - www.labmicro.com

| Reference ID | Analyst | Date |
|:---:|:---:|:---:|
| 1 | BK | 9/4/2018 |

| | Count | Error 2 Stddev | Error 3 Stddev | Analyst Rank | Lab Rank |
|---|---|---|---|---|---|
| **Alternaria** | | | | | |
| **Arthrinium** | | | | | |
| **Ascospores** | | | | | |
| ~~**Aureobasidium**~~ | | | | | |
| **Basidiospores** | 5 | OK | OK | 1 | 1 |
| **Botrytis** | | | | | |
| **Chaetomium** | | | | | |
| **Cladosporium** | 17 | OK | OK | 2 | 2 |
| **Curvularia** | | | | | |
| **Drechslera / Bipolaris** | | | | | |
| **Epicoccum** | | | | | |
| **Fusarium** | | | | | |
| **Nigrospora** | | | | | |
| **Penicillium / Aspergillus** | 35 | OK | OK | 3 | 3 |
| **Pithomyces** | | | | | |
| **Rusts** | | | | | |
| **Smuts, Periconia, Myxo.** | | | | | |
| **Stachybotrys** | | | | | |
| **Stemphylium** | | | | | |
| **Torula** | | | | | |
| **Ulocladium** | | | | | |
| **Scopulariopsis** | | | | | |
| **Zygomycetes** | | | | | |
| **Future 1** | | | | | |
| **Future 2** | | | | | |
| **Future 3** | | | | | |

| Magnification | Agreement Ratio | Spearman Coefficient |
|:---:|:---:|:---:|
| 400 | 1.0000 | 1.0000 |

**COMMENTS:**

Data entry checked by : _____     Date : 9-4-2018

OUSD000325

# MICRO ANALYTICAL LABORATORIES, INC.

5900 Hollis St., Suite M, Emeryville, CA 94608
(510) 653-0824 - FAX (510) 653-1361 - www.labmicro.com
Chain of Custody 09/05/2014

Log in # **248597**

**Name / Client / Address:**
OUSD RISK / EH&S
955 High STREET
OAKLAND, Ca 9460
SORBOR TWEGBE
**Tel.** 415·632·0350
E-mail twe.d.A
Sorbor.Twegbe @ousd.org

**Job No.** McClymonds High
OUSD = MOLD SPORE
AIR TESTING
ROOM 108

RUSH!

| Asbestos (TEM) | AHERA | Yamate II Mod. | NIOSH 7402 | CARI |
|---|---|---|---|---|
| Asbestos / Fibers | PCM | PLM | PLM-400 | PLM-1200 |

| Asbestos Soil/Rock | PLM | CARB 435 | CARB 435 (Mod.) |
|---|---|---|---|
| | | 400 pts. | 1200 pts. |

Lead    Air    Paint    Soil    Wipe

Water    Bulk (TTLC)    STLC    TCLP

(Mold) / Fungi   (Air (Spore Trap))   Tape Lift   Bulk   Andersen   Swab

Coliform    Presence / Absence    MTF    Sample Temperature (°C)

**Other Analyses (Specify)**

| Number of Samples | Turn-Around Time |
|---|---|
| 2 | RUSH |

| Micro ID # (For Lab Use Only) | Client Sample ID# | Description | Date Sampled | Time Sampled Start / Stop / Total Minutes | Average LPM | Total Liters | Wipe/Swab Sample Area |
|---|---|---|---|---|---|---|---|
| 1 | 090318-M1 | MOLD SPORE AIR TEST ROOM 108 - INSIDE | 09-03-2018 | 10:17 / 10:22 / 5 | 15 | 75 | |
| 2 | 090318-M2 | MOLD SPORE AIR TEST ROOM 108 - EXTERIOR | | 10:26 / 10:31 / 5 | 15 | 75 | |
| | | | | : / : | | | |
| | | | | : / : | | | |
| | | | | : / : | | | |
| | | | | : / : | | | |
| | | | | : / : | | | |
| | | | | : / : | | | |
| | | | | : / : | | | |

**Instructions / Comments:** ☒ E-mail To:

---

**Sample Return:** YES ___ NO ___ If "YES" is checked, samples will be returned to the client or archived at Micro Analytical if required. If "NO" is checked, solid samples may be disposed of within 60 days (one week for liquid samples, lab suspensions, and digestates).

**Sampler's Signature / Name** Sorbor Twegbe / _____   Note to Lab: If any samples are not acceptable, record reasons for rejection.

| Relinquished By | Date / Time | | Received By | Date / Time |
|---|---|---|---|---|
| | 09-04-18  7:30 AM  Drop Box / Courier | | M.U. | 9.4.18 / 840 |
| Relinquished By | Date / Time | | Received By | Date / Time |

# EXHIBIT K

**From:** Jarod Scott <jarod.scott@ousd.org>
**Sent:** Thursday, September 13, 2018 1:53 PM
**To:** Cleveland Mckinney
**Subject:** Room 108 updates

Mr. McKinney,
Hope your feeling better. I think something may be going around as a few other people have become ill recently. I wanted to provide a update on room 108. B & G just left. The test for mold in 108 came back negative. Hendrix will deep clean the carpet on Saturday and remove the furniture from that space. It will be ready to go Monday.

A few additional facilities updates, Room 107 carpet will be pulled on Saturday and new floor will be laid on Monday. Mr. Miller will need a new room for the entire week next week. Please work with him to find a new room for the week. Additionally, I wanted to resend my previous email as a few important dates are contained within the email. Finally, the facilities audits went well. Ms. Warfield lead both the instructional and facilities audits and I called John Howell up here to answer additional questions regarding facilities work completed by the construction crew. Thanks.

Mr. McKinney,

Unfortunately we missed are check-in today. A few updates that I need to share. Please review and we will schedule time to clarify expectations and answer questions you may have tomorrow.

1. It is urgent that we meet tomorrow to review Day 20 count enrollment data and possible implications those numbers may have on funding and consolidations. I will send a calendar request for tomorrow. **By September 12**
2. Updates on facilities walk you conducted regarding unresolved water issues within the building. Additionally, please connect with Hendrix to ensure the water dispensers are prepared for pick up by **September 21.**
3. Please connect with Hendrix to ensure he is prepared for Thursday's Williams visit and to see what support he needs. You may need to walk the facility with the Hendrix and the auditors, I will double check the instructions. **Meet with Hendrix By September 12.**
4. Daily Observations: As we increase our support and visibility for teachers, I would like for you to record the times in which you visit teachers classes each day. Please create a spreadsheet that reads:

   - **Teacher**    **AM**      **PM**
   - Abrams    10:30     2:00 (Example)
   - Walker
   - Bertani
   - Mates
   - Lett
   - Hutton
   - Miller
   - Spanish
   - Cadji
5. I will connect with you each day to informally check-in about your daily drop-ins. I realize that you leave at 4pm so I will meet you in the Ninth Grade Academy at your afternoon duty location. **Beginning September 12**
6. Please ensure to make PE a focus and ensure that Abrams and Walker have clear structures and protocols in placer for running class.
7. **Spanish Class:** Pleas continue to support the sub in Spanish class. Please work with Piper , the sub and whomever else you need to leverage to ensure that the sub has daily lesson assignments and that the work is graded and inputted into grade book. Every student should have a grade by the first 6 week marking period.
8. Please connect with the Ninth Grade Team to ensure the bulletin boards are updated. **By September 12 during Team Meetings**
9. Staff evaluations: **McKinney** (please connect with your 4 teachers and counselor to ensure the Goals and Objectives are completed and uploaded into TeachBoost **by Friday, 9/14/18 by 3:00 PM**

**OUSD000712**

- MeArisha Walker (Dance)
- Suga Satoshi (Science)
- Leo Labor Tracy (Social Studies)
- Clayton Evans (Science)
- TBD (Spanish)
- Kimberly Neal (Counselor)
10. Staff Evaluations: Scott -
    - McKinney (AP)
    - Dawn Humphrey (CSM)
    - IAsha Warfield (ITL)
    - Aziza Anderson (ELA)
    - Shelley Smith (ELA)
    - Ann Moore (Math)

Best,
jms

*Great things are happening at MACK*

------------------------------------------
Jarod M. Scott, Ed.S.
Principal

**McClymonds High School**
*School of Champions*
2607 Myrtle St., Oakland, CA 94607
(510) 238-8607 (O)
(510) 874-3796 (F)



*My name is Jarod Scott, I am from Cleveland, OH and I am OUSD!*
**Students First** · **Equity** · **Excellence** · **Integrity** · **Cultural Responsiveness** · **Joy**

OUSD000713

**From:** Jarod Scott <jarod.scott@ousd.org>
**Sent:** Monday, October 8, 2018 2:58 PM
**To:** Cleveland Mckinney
**Subject:** Office relocation

All things considered, please move forward with the move to room 108. I can't envision another option that will be satisfactory. That area needs leadership and support. In preparation,
1. The carpet was cleaned at your request
2. The chairs were moved at your request

Lets have the move completed by Wednesday. If you need another day off to move, please take Wednesday.

We will leave 217 open for student support and keep Blackwell and Garrett in there, so we not shutting down 217, just relocating your office. Im sure you will maintain a presence on the second floor to support students. We are expanding your influence, not diminishing it. If there are additional questions, I'll be sure to answer at our checkin tomorrow.

*Great things are happening at MACK*

-------------------------------------------
Jarod M. Scott, Ed.S.
Principal

**McClymonds High School**
*School of Champions*
2607 Myrtle St., Oakland, CA 94607
(510) 238-8607 (O)
(510) 874-3796 (F)



*My name is Jarod Scott, I am from Cleveland, OH and I am OUSD!*
**Students First · Equity · Excellence · Integrity · Cultural Responsiveness · Joy**

OUSD000714

Vanessa Sifuentes
Executive Director, High Schools
High School Network
Oakland Unified School District
510-879-3122 (office)
vanessa.sifuentes@ousd.org
Community Schools, Thriving Students
1st Day of School 2018-19: August 13th!!!!!

---------- Forwarded message ----------
From: **Sorbor Twegbe** <sorbor.twegbe@ousd.org>
Date: Wed, Sep 5, 2018 at 1:17 PM
Subject: Re: Mack - room 107 & 108
To: Vanessa Sifuentes <vanessa.sifuentes@ousd.org>
Cc: Jody Talkington <jody.talkington@ousd.org>, Rebecca Cingolani
<rebecca.littlejohn@ousd.org>, Kyla Johnson <kyla.johnson@ousd.org>, John
Sasaki <john.sasaki@ousd.org>, "charles.smith" <charles.smith@ousd.org>,
Roland Broach <roland.broach@ousd.org>, Stephen Littlejohn
<stephen.littlejohn@ousd.org>, Mark Cavalli <mark.cavalli@ousd.org>,
Marcus Battle <marcus.battle@ousd.org>


Mrs. Sifuentes,

Mold spores are ubiquitous to the environment - they are everywhere and fluctuate with the weather.  There are
usually less spores found in the interior of a structure vs outside. In testing you always compare the interior with the
exterior when sampling for mold including the type of species that is found to determine if they mirror each other.
In addition, unlike other contaminants, there is no "threshold" or clearance criteria established by a regulatory
agency.  When you find elevated levels inside a structure then you have an issue.  Please see attached lab results for
Room 108

With Respect,


On Wed, Sep 5, 2018 at 12:18 PM, Vanessa Sifuentes
<vanessa.sifuentes@ousd.org> wrote:

> Thank you for the update, Mr. Twegbe.
>
> Vanessa Sifuentes
> Executive Director, High Schools
> High School Network
> Oakland Unified School District
> 510-879-3122 (office)
> vanessa.sifuentes@ousd.org
> Community Schools, Thriving Students
> 1st Day of School 2018-19: August 13th!!!!!

On Wed, Sep 5, 2018 at 12:06 PM, Sorbor Twegbe
<sorbor.twegbe@ousd.org> wrote:

> Yes, there is no level of concern at the moment. Currently in the field. Will
> forward the results shortly when I get back to the office.
>
> With respect,
>
> On Wed, Sep 5, 2018, 11:53 AM Vanessa Sifuentes
> <vanessa.sifuentes@ousd.org> wrote:
>
>> Good morning all,
>>
>> Mr. Twegbe - do you have an update on the test results for the spore air
>> testing for room 108?
>>
>> B&G team (Charles/Mark): do you have an update as to when the carpet
>> removal will begin?
>>
>> Thanks,
>>
>> Vanessa
>>
>> Vanessa Sifuentes
>> Executive Director, High Schools
>> High School Network
>> Oakland Unified School District
>> 510-879-3122 (office)
>> vanessa.sifuentes@ousd.org
>> Community Schools, Thriving Students
>> 1st Day of School 2018-19: August 13th!!!!!

OUSD001236